UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 21-3167, 21-3379
_____

SANOFI AVENTIS U.S. LLC,
                Appellant in No. 21-3167

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; GENERAL COUNSEL, UNITED STATES DEPARTMENT OF HEALTH HUMAN SERVICES; HEALTH RESOURCES SERVICES ADMINISTRATION; ADMINISTRATOR OF THE HEALTH RESOURCES SERVICES ADMINISTRATION,
                Appellants in No. 21-3379
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3:21-cv-00634)
Chief District Judge: Honorable Freda L. Wolfson
_____

Nos. 21-3168, 21-3380
_____

NOVO NORDISK INC.; NOVO NORDISK PHARMA, INC.
                Appellants in No. 21-3168

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; GENERAL COUNSEL, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; HEALTH RESOURCES SERVICES ADMINISTRATION; ADMINISTRATOR OF THE HEALTH RESOURCES SERVICES ADMINISTRATION,
                Appellants in No. 21-3380
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3:21-cv-00806)

Chief District Judge: Honorable Freda L. Wolfson

———————

No. 22-1676

———————

ASTRAZENECA PHARMACEUTICALS LP

v.

SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; GENERAL COUNSEL, UNITED STATES DEPARTMENT OF HEALTH HUMAN SERVICES; ADMINISTRATOR OF THE HEALTH RESOURCES AND SERVICES ADMINISTRATION; UNITED STATES DEPARTMNET OF HEALTH AND HUMAN SERVICES; HEALTH RESOURCES AND SERVICES ADMINISTRATION,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Appellants

———————

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 1:21-cv-00027)
District Judge: Honorable Leonard P. Stark

———————

Argued: November 15, 2022

Before: AMBRO, KRAUSE, and BIBAS, *Circuit Judges*

———————

JUDGMENT

———————

　　This cause came to be considered on the record from the United States District Court for the District of Delaware and the United States District Court for the District of New Jersey and was argued on November 15, 2022.

　　On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court of Delaware's judgment entered on March 11, 2022, and the District of New Jersey's judgment entered on November 5, 2021, are hereby **AFFIRMED IN PART** and **REVERSED IN PART**. We **REMAND** with instructions to enjoin the agency from enforcing against these three drug makers its reading of Section 340B as requiring delivery of discounted drugs to an unlimited number of contract pharmacies. We also instruct the District Courts to enter declaratory relief to that effect. Costs will not be taxed. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: January 30, 2023